JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MISTER BAILEY,
Plaintiff,

v.

PRESTIGE BARBERSHOP GROUP, INC., et al.,

Defendants.

Case No. CV 26-5431 FMO (MARx)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge